UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEITH ALLEN WYNN #491590,

    Plaintiff,

v.

    Case No: 2:24-cv-162

    HON. ROBERT J. JONKER

C. PERRY et al.,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 31, 2025 (ECF No. 20). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that motion for summary judgment filed by Defendants Smith and Kent (ECF No. 15) is **GRANTED**, and that Plaintiff's claims against Defendants John, Witherspoon, Dunken and "John Doe" Defendants #1-15 regarding the use of excessive force on March 13, 2025 are **DISMISSED**.

Dated:   November 26, 2025          /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE